UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Fan Zhao Xin,<br><br>    Petitioner<br><br>v.<br><br>James Billingsley, Residential Reentry Manager, Federal Bureau of Prisons,<br><br>    Respondent. | Case No: 2:22-cv-01239-JAD-VCF<br><br>**Order Directing Service and Response to Petition** |

This is a habeas proceeding under 28 U.S.C. § 2241 brought by Fan Zhao Xin, a federal prisoner. On August 16, 2022, I entered an order that (1) directed the Clerk of Court to serve Fan Zhao Xin's habeas petition on the U.S. Attorney for the District of Nevada and (2) required a response to the petition by September 15, 2022.[1]  I have been advised that the Clerk's office overlooked my direction to serve the U.S. Attorney for the District of Nevada, so, I again order the Clerk to serve the petition, and I extend the deadline for a response to the petition.

**IT IS THEREFORE ORDERED** that the Clerk is directed to:

- **ADD** the U.S. Attorney for the District of Nevada, as counsel for the respondent.

- **SERVE** the copies of the petition (ECF No. 1), the order entered on August 16, 2022, (ECF No. 11), and this order on the U.S. Attorney for the District of Nevada; and

---

[1] ECF No. 11.

- **PROVIDE** the United States Attorney for Nevada an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the U.S. Attorney only.

**IT IS FURTHER ORDERED** that the assigned Assistant U.S. Attorney must **file a notice of appearance by September 30, 2022**, and the respondent must file a response to the **petition by October 14, 2022**. Petitioner will then have **30 days** from service of the answer, motion to dismiss, or other response **to file a reply or opposition.**

Dated: September 20, 2022

_____
U.S. District Judge Jennifer A. Dorsey